AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARLENE CHASSAGNE<br>3785 S.W. 19TH STREET<br>FORTLAUDERDALE, FLORIDA 33312<br><br>*Plaintiff(s)*<br>v.<br><br>DEUTSHE BANK N.A. TRUST COMPANY AS INDENTURE TRUSTEE ARGENT SECURITIES INC. ASSERT-BACK CERTIFICATES SERIES 2004-W6<br><br>*Defendant(s)* | **16-CV-62847-COOKE/TORRES**<br><br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEUTSHE BANK NATIONAL TRUST COMP
REGISTERED AGENT: LYNNE MALINA
LEGAL DEPT
60 WALL STREET, 37TH FLOOR
NEW YORK, NEW YORK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARLENE CHASSAGNE
3785 S.W. 19TH STREET
FORTLAUDERDALE, FLORIDA 33312

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 2, 2016

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court